AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

MCALLEN DIVISION

UNITED STATES OF AMERICA

V.

Francisco Sanchez-Martinez

United States District Court
Southern District Of Texas
FILED

MAY 1 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:   M-19-0991-M

IAE   YOB:   1983
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ **April 30, 2019** _____ in ___**Hidalgo**___ County, in the ___**Southern**___ District of ___**Texas**___

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Francisco Sanchez-Martinez was encountered by Border Patrol Agents near Hidalgo, Texas on April 30, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 30, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 17, 2019, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn to before me and subscribed in my presence,

May 1, 2019

J. Scott Hacker                        , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Mickel Gonzalez          Senior Patrol Agent

Signature of Judicial Officer